CATHERINE NAZARIAN
1337 Casiano Road
Los Angeles, CA 90049
E-mail: cathy.nazarian@yahoo.com
Telephone: (310) 466-3339
Facsimile: (310) 773-9230

Plaintiff in pro per

JS-6

FILED
CLERK, U.S. DISTRICT COURT
JAN 15 2014
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

LODGED
2014 JAN 14 PM 3:21
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CATHERINE NAZARIAN,<br><br>    Plaintiff,<br><br>v.<br><br>CAPITAL ONE BANK (USA), N.A.,<br><br>    Defendant. | CASE NO.: 13-CV-9437-GAF-FFMx<br><br>Hon. Gary A. Feess, Judge<br>ORDER OF DISMISSAL RE:<br>PLAINTIFF CATHERINE NAZARIAN'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE [FRCP 41(a)(1)(A)(i)] |

TO THE HONORABLE COURT AND ALL PARTIES:

PLEASE TAKE NOTICE that Plaintiff CATHERINE NAZARIAN, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses all of her claims in this Action without prejudice as to Defendant CAPITAL ONE BANK (USA), N.A.

Federal Rule of Civil Procedure 41 provides, in relevant part:

(a)    Voluntary Dismissal.

        (1)    *By the Plaintiff.*

1

CATHERINE NAZARIAN'S NOTICE OF VOLUNTARY DISMISSAL

(A) *Without a Court Order.* Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

(i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment

Defendant has neither answered the Complaint, nor filed a Motion for Summary Judgment. Accordingly, Plaintiff CATHERINE NAZARIAN may dismiss her claims in this matter without prejudice and without an Order of the Court.

January 12, 2014

_____
CATHERINE NAZARIAN
Plaintiff In Pro Per

IT IS SO ORDERED
Dated _1/15/14_

_____
United States District Judge

JS-6